# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

BVS ACQUISITION CO., LLC,
a Delaware Limited Liability Company, AND
ARTHUR W. HOOPER, JR., an
individual

           Plaintiffs,

v.                                    CASE NO: 9:12-CV-80247-DMM

RORY A. BROWN, and individual, AND
JEROME M. ELLIS, and individual,

           Defendants.
_____/

## DEFENDANT RORY A. BROWN'S NOTICE OF WITHDRAWAL OF OPPOSITION TO THE MOTION TO ENLARGE DISCOVERY DEADLINES DUE TO NON-PARTY SCHEDULING CONFLICTS

Defendant, Rory A. Brown, by and through undersigned counsel, hereby files his Notice of Withdrawal of Opposition to the Motion to Enlarge Discovery Deadlines Due to Non-Party Scheduling Conflicts for the purposes of the depositions and subpoenas directed to Brad Newman and Sherman Financial Services [DE 117].

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

{00026036.DOC}

*[signature]*

MATWICZYK & BROWN, LLP
Benjamin P. Brown, Esq.
Florida Bar Number: 841552
MATWICZYK & BROWN, LLP
625 N. Flagler Drive, Suite 401
West Palm Beach, FL 33401
Tel.: (561) 651-4004
Fax: (561) 651-4003
Email: bbrown@matbrolaw.com

Joel M. Miller, Esq.
Email: jmiller@mw-law.com
Charles R. Jacob, III, Esq.
Email: cjacob@mw-law.com
Amanda F. Parsels, Esq.
Email: aparsels@mw-law.com
Miller & Wrubel P.C.
570 Lexington Avenue
New York, New York 10022
(212) 336-3500

*Co-Counsel for Defendant*
*Rory A. Brown*

{00026036.DOC}

SERVICE LIST
BVS ACQUISITION CO., LLC et al v. RORY A. BROWN, et al
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
Case No. 9:12-CV-80247-DMM

Mark F. Raymond, Esq.
Florida Bar No. 373397
Email: mraymond@broadandcassel.com
Rhett Traband, Esq.
Florida Bar No. 0028894
Email: rtraband@broadandcassel.com
Chalon T. Allen, Esq.
Florida Bar No. 0573507
Email: callen@broadandcassel.com
Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-9425
Facsimile: (305) 995-6385
Attorneys for Plaintiff