UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80247-CV-MIDDLEBROOKS

BVS ACQUISITION CO., LLC, *et al.*,

    Plaintiffs/Counter-Defendants,

v.

RORY A. BROWN, an individual,

    Defendant/Counter-Plaintiff.

_____/

## ORDER OF JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order Granting Defendant's Motion for Summary Judgment, (DE 221), and the Court's Order on Counterclaim Summary Judgment finding in favor of Defendant/Counter-Plaintiff Rory A. Brown in both Orders. Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby entered. It is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is **ENTERED** in favor of Defendant/Counter-Plaintiff Rory A. Brown and against Plaintiffs/Counter-Defendants BVS Acquisition Co., LLC and Arthur W. Hooper as to Plaintiffs' Third Amended Complaint;

2. Final Judgment is **ENTERED** in favor of Defendant/Counter-Plaintiff Rory A. Brown and against Plaintiffs/Counter-Defendants BVS Acquisition Co., LLC and Arthur W. Hooper as to Defendant/Counter-Plaintiff's Counterclaim;

3. All pending motions are **DENIED AS MOOT**;

1

4. The Court reserves jurisdiction to determine the amount of attorney's fees and costs owed by Plaintiffs/Counter-Defendants to Defendant/Counter-Plaintiff for indemnification under Section 4 of the Subscription Agreement;[1] and

5. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 25 day of August, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

---

[1] The Parties must follow the procedures under Local Rule 7.3 to determine the amount of attorney's fees and costs owed by Plaintiffs/Counter-Defendants.