IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:12-cv-80247-Middlebrooks

BVS ACQUISITION CO., LLC, a Delaware
Limited Liability Company, and ARTHUR W.
HOOPER, JR., an individual,

      Plaintiffs,

vs.

RORY A. BROWN, an individual,

      Defendant.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that BVS Acquisition Co., LLC and Arthur W. Hooper, Jr., Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final order awarding attorneys' fees and costs to Defendant (DE# 297), entered in this action on the 5th day of August, 2015.

      Respectfully submitted,

      */s/ Beverly A. Pohl*
      Beverly A. Pohl
      Florida Bar No. 907250
      Broad and Cassel
      One Financial Plaza, Suite 2700
      100 S. E. Third Avenue
      Fort Lauderdale, FL  33394
      Ph:  (954) 764-7060
      Fax: (954) 713-0962
      bpohl@broadandcassel.com
      and

Mark F. Raymond, P.A.
Florida Bar No. 373397
Rhett Traband, P.A.
Florida Bar No. 0028894
Broad and Cassel
One Biscayne Tower, 21st Floor
2 S. Biscayne Blvd.
Miami, FL 33131
Phone: 305.373.9400
Fax:    305.373.9443
mraymond@broadandcassel.com
RTraband@BroadandCassel.com
     and

L. Louis Mrachek, Esq.
Florida Bar No. 182880
Page Mrachek Fitzgerald Rose Konopka &
 Dow PL
505 S. Flagler Dr. Ste. 600
West Palm Beach, FL 33401-5945
Phone: 561.655.2250
Fax:    561.655.5537
lmrachek@pm-law.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2015, I filed the foregoing Notice of Appeal with the Clerk of the Court using CM/ECF, which will serve a copy on all counsel of record shown on the attached Service List *via* email.

                                              */s/ Beverly A. Pohl*
                                                Beverly A. Pohl

## SERVICE LIST
*BVS Acquisition Co., LLC v. Brown,*
United States District Court, Southern District Of Florida
Case No. 9:12-CV-80247-DMM

| | |
|---|---|
| Joel M. Miller<br>Charles R. Jacob III<br>Amanda F. Parsels<br>Miller & Wrubel P.C. .<br>570 Lexington Avenue<br>New York, New York 10022<br>(212) 336-3500<br>Email: JMiller@mw-law.com<br>*Counsel for Defendant Rory Brown* | Mark F. Raymond, P.A.<br>Rhett Traband, P.A.<br>Broad and Cassel<br>One Biscayne Tower, 21st FL<br>2 South Biscayne Blvd.<br>Miami, FL  33131<br>Ph:  305.373.9400<br>Fax: 305.373.9443<br>mraymond@broadandcassel.com<br>rtraband@broadandcassel.com<br>*Counsel for Plaintiffs* |
| Benjamin P. Brown, Esq.<br>Matwiczyk & Brown, LLP<br>625 North Flagler Drive<br>Suite 401<br>West Palm Beach, Florida 33401<br>P: (561) 651-4004, ext. 13<br>F: (561) 651-4003<br>Email: bbrown@matbrolaw.com<br>*Counsel for Defendant Rory Brown* | Beverly A. Pohl, P.A.<br>Broad and Cassel<br>One Financial Plaza 27th FL<br>100 S.E. Third Avenue<br>Fort Lauderdale, FL  33394<br>Ph:  (954) 764-7060<br>Fax: (954) 713-0962<br>bpohl@broadandcassel.com<br>*Counsel for Plaintiffs* |
| | L. Louis Mrachek, Esq.<br>Page Mrachek Fitzgerald Rose Konopka &<br>  Dow PL<br>505 S. Flagler Dr. Ste. 600<br>West Palm Beach, FL 33401-5945<br>Phone: 561.655.2250<br>Fax:    561.655.5537<br>lmrachek@pm-law.com<br>*Counsel for Plaintiffs* |

4836-1080-5799.1
46246/0001 BAP